ROBERT O'DONNELL *v.* ARTHUR A. RINDFLEISCH ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 13 Conn. App. 194, is denied.

*Peter Schwartz,* in support of the petition.

Decided February 25, 1988

REYNOLD PELLETIER *v.* CARON PIPE JACKING, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 13 Conn. App. 276, is denied.

*William F. Gallagher,* in support of the petition.

*Marjorie Howes Drake,* in opposition.

Decided February 25, 1988

HARTFORD FEDERAL SAVINGS AND LOAN ASSOCIATION *v.* STANLEY V. TUCKER ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 13 Conn. App. 239, is denied.

*Stanley V. Tucker,* pro se, in support of the petition.

Decided February 25, 1988

IN RE SHAVOUGHN K. ET AL.

The mother's petition for certification for appeal from the Appellate Court, 13 Conn. App. 91, is denied.

*Margaret P. Levy,* in support of the petition.

*Patricia Lilly Harleston,* assistant attorney general, in opposition.

Decided March 10, 1988